UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

LEE REGENT,

                        Plaintiff,

                                                                  ORDER
       v.                                                            03-CV-347A

TOWN OF CHEEKTOWAGA, et al.,

                        Defendants.

_____

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On February 28, 2007, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendants' motion for summary judgment be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendants' motion for summary judgment is granted.

        The Clerk of Court shall take all steps necessary to close the case.

    SO ORDERED.

                                                            s/ *Richard J. Arcara*
                                                            HONORABLE RICHARD J. ARCARA
                                                            CHIEF JUDGE
                                                           UNITED STATES DISTRICT COURT

DATED: March 30    , 2007